UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 20 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. |
| GARRETT A. JORDAN, III, | ) | **4:17CR00615 HEA/PLC** |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

On or about December 31, 2016, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**GARRETT A. JORDAN, III,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury charges that:

On or about January 10, 2017, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**GARRETT A. JORDAN, III,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney